FILED
15-0019
2/23/2015 12:49:51 PM
tex-4246714
SUPREME COURT OF TEXAS
BLAKE A. HAWTHORNE, CLERK

NO. 15-0019

_____

IN THE SUPREME COURT OF TEXAS
_____

ALEXANDER R. DAVIS AND REBECCA R. DAVIS,

*Petitioners,*

v.

TEXAS MUTUAL INSURANCE COMPANY,

*Respondent.*

_____

On Appeal from the Fifth District Court of Appeals, Dallas, Texas
Appeal No. 05-12-01715-CV
Trial Court No. DC-11-06356, Dallas County, Texas

_____

APPELLANTS' SECOND UNOPPOSED MOTION
TO EXTEND TIME TO FILE PETITION FOR REVIEW

_____

TO THE HONORABLE SUPREME COURT OF TEXAS:

Petitioners, Alexander R. Davis and Rebecca R. Davis, file this Second Unopposed Motion to Extend Time to File Petition for Review under TEX. R. APP. P. 10.1, 10.5(b), and 53.7(f). In support of this Motion, Petitioners show the following:

1. The Court of Appeals for the Fifth District in Dallas ("Court of Appeals") rendered its opinion and judgment in Alexander R. Davis and Rebecca

_____

R. Davis v. Texas Mutual Insurance Company, No. 05-12-01715-CV, on July 28, 2014.

2.     On August 7, 2014, Petitioners timely filed their Motion for Extension of Time to File Motion for Rehearing, which was granted on August 8, 2014, extending the due date for the filing of their Motion for Rehearing to September 11, 2014.  Petitioners filed their Motion for Rehearing on September 11, 2014.  On September 29, 2014, the Court of Appeals denied Petitioners' Motion for Rehearing.

3.     On October 7, 2014, the Petitioners timely filed their Motion for Extension of Time to File Motion for Rehearing En Banc, which was granted on October 9, 2014, extending the due date for the filing of their Motion for Extension of Time to File Motion for Rehearing En Banc to November 13, 2014.  Petitioners filed their Motion for Rehearing En Banc on November 13, 2014.  On December 8, 2014, the Court of Appeals denied Petitioners' Motion for Rehearing En Banc.

4.     The Petition for Review was originally due no later than January 22, 2015.

5.     On January 12, 2015, Petitioners timely requested an extension of time to February 23, 2015, which was granted by the Court to extend the deadline to February 23, 2015.

6.     Petitioners are requesting an additional thirty (30) day extension to March 25, 2015. This is Petitioners' second request for an extension of time in this case before the Supreme Court of Texas.

7.     Petitioners rely on the following facts as a reasonable explanation for the requested extension of time:

a.     Petitioner's co-counsel, Brad McClellan, is assisting on this petition for review. Mr. McClellan is of counsel to a very small law firm has had an extremely heavy workload with prior deadlines and hearings scheduled along with family and children's activities. Among other matters, Petitioner's co-counsel filed an appellate brief with the 1st Court of Appeals in Case No. 01-14-00508-CV on February 13, 2014. Counsel has a response to a petition for review due on March 11, 2015 in Case No. 15-0062 before this Court. Counsel also has a brief due on March 16, 2015, in the 4th Court of Appeals in Case No. 04-14-00685-CV.

b.     Further, this case involves a significant workers' compensation matter affecting all business travelers, and it could be impacted by this Court's granting of the petition in *Seabright Ins. Co. v. Lopez*, 427 SW3d 442 (Tex. App.--San Antonio Jan. 29, 2014, pet. granted February 20, 2015, with oral argument set for March 26, 2015), and more time is sought to also carefully address the impact of the *Seabright v. Lopez* case.

c.      Additionally Petitioners' counsel Christopher M. Albert and his paralegal are iced in today due to bad weather conditions due to an ice storm and are filing this request for an extension of time from home.

7.      The undersigned has conferred with opposing counsel, Matthew B. Baumgartner, who indicated there was no opposition to this request.

Therefore, Petitioners pray that this Court grant this Motion to Extend Time.

Respectfully Submitted,

*/s/ Christopher M. Albert*
Alan L. Busch
Texas Bar No. 03491600
*busch@buschllp.com*
Christopher M. Albert
Texas Bar No. 24008550
*albert@buschllp.com*

BUSCH RUOTOLO & SIMPSON, LLP
100 Crescent Court, Suite 250
Dallas, Texas  75201
Phone:  214-855-2880
Fax:  214-855-2871

*- and -*

*/s/ Brad McClellan*
Bradley Dean McClellan
Of Counsel, Law Offices of Richard Pena, P.C.
State Bar No. 13395980
1701 Directors Blvd., Suite 110
Austin, Texas 78744
*brad.mcclellan@yahoo.com*
(512) 327-6884 telephone
(512) 327-8354 facsimile


*Attorneys for Alexander R. Davis*
*and Rebecca R. Davis, Petitioners*


## CERTIFICATE OF CONFERENCE

As required by Tex. R. App. P. 10.1(a)(5), I certify that I have conferred with Matthew Baumgartner, counsel for Respondent by e-mails on February 23, 2015, who indicated that he is unopposed to this Motion.


*/s/ Christopher M. Albert*
Christopher M. Albert


## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Petitioners' Second Unopposed Motion to Extend Time to File Petition for Review was served through counsel of record by the method indicated below on February 23, 2015:

P.M. Schenkkan                                                   *(512) 536-9913 – facsimile*
Matthew B. Baumgartner
GRAVES, DOUGHERTY, HEARON & MOODY, P.C.
401 Congress Avenue, Suite 2200
Austin, Texas 78701

Mary Barrow Nichols                          *(512) 224-3215 – facsimile*
Shannon Simmons Pounds
Texas Mutual Insurance Company
5210 E. Hwy. 290
Austin, Texas  78723

David P. Boyce                               *(512) 476 -5382 - facsimile*
WRIGHT & GREENHILL, P.C.
221 West 6th Street, Suite 1800
Austin, Texas  78701

*Attorneys for Respondent*
*Texas Mutual Insurance Company*


                          */s/ Christopher M. Albert*
                          Christopher M. Albert